Date: 3-11-08

To: U.S. District Court
Nor. District of Cal.
450 Golden Gate Ave
San Francisco, CA. 94102-3483

Case Name: Edward M Granado P-47229
Case Number: C-07-4596 JF (PR)

Re: NOTIFICATION OF CHANGE OF ADDRESS

Dear Clerk of the Court:

Please be advised per Rules of the Court, that I have a new change of address that I wish to inform the Court of. My new address is as follows:

Pleasant Valley State Prison
Edward M. Granado P-47229
P.O. Box 8501        AY-129
Coalinga, CA. 93210

Thank you for updating your records and cooperation in this matter.

Respectfully submitted,

*Edward M. Granado*
(Signature)

P-47229 — C.D.C #
AY-129 — Housing

PLEASANT VALLEY STATE PRISON
P.O. BOX 8501
COALINGA, CA. 93210

NAME: Edward McGranahan
NUMBER: P-47225
HOUSING: A4-125

Case No:
C-07-4596 JF(PR)
**STATE PRISON
GENERATED MAIL**

(LEGAL MAIL)

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

UNITED STATES POSTAGE
02 1A
0004344659
$ 00.41⁰
MAR 12 2008
MAILED FROM ZIP CODE 93210
PITNEY BOWES

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102-3483