Courts
copy

1  Name   Edward M. Granado
   CDC #  P-47229
2  Address  Pleasant Valley state Prison
            P.O. Box 8501      A4-129
3           Coalinga, California
            93210
4

5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE ~~Southern~~ Northern DISTRICT OF CALIFORNIA

7  Edward M Granado                    C-07-4596 JF (PR)
8  (Plaintiff/Petitioner)             (Case Number)

9          vs.

10  Evens (warden S.V.S.P. [ETAL]    NOTICE OF CHANGE OF ADDRESS

11  (Defendant (s)/Respondent)

12

13         PLEASE TAKE NOTICE that Plaintiff/Petitioner
                                        (circle one)
14  (print name) Edward M. Granado _____ hereby submits a change

15  of address in the above-entitled case, as follows:

16

17  OLD ADDRESS:    Salinas Valley state Prison
                    P.O. Box 1050
18                  Soledad, CA 93960-1050

19

20  NEW ADDRESS:    Pleasant Valley State Prison
                    P.O. Box 8501      A4-129
21                  Coalinga, California
                    93210
22

23  DATED:  March 16th, 2008      Edward M. Granado
                                  Plaintiff/Petitioner  P-47229
24                                (signature)

25  **YOU MUST FILE AN ORIGINAL CHANGE-OF-ADDRESS
    FORM IN EACH OF YOUR OPEN CASES**
26
    forms\address change (3/1/01)

Courts Copy

## PROOF OF SERVICE BY A STATE PRISONER

I, Edward M. Granado P-47229, declare:

That I am over 18 years of age, and (a party)/not a party to the attached herein cause of action, that I reside at Pleasant Valley State Prison, in the county of Fresno California. My mailing address is: P.O. Box 8501, Coalinga, CA 93210

On march 16th, 2008, I handed to prison officials for mailing, at the above address, on the exact date, the attached: Notice of Change of Address

In a sealed envelope[s] with postage paid fully paid, addressed to the locations;

(A) U.S. District Court Northern District of California
     450 Golden Gate Avenue

(B) San Francisco, California
     94102

(C) _____

(D) Sacramento Attorney Generals Office 1300 I Street
     Sacramento, California 94244-2550

I declare under penalty of perjury that the foregoing is true and correct. Executed this ( 16th) day of ( march ), 2008 at Coalinga, California.

Edward M. Granado

DECLARANT PRINTED
NAME

Edward M. Granado

DECLARANT SIGNATURE

P-47229



Edward McGaniado P47229
P.V.S.P
P.O. Box 8501
AY-125
CALINGA, CA. 93210

— LEGAL —
— MAIL —

FILED
MAR 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court,
Northern District of Cal.
450 Golden Gate Ave.
San Francisco, CA. 94102

Case No:
C-07-4596 JF (PR)

BAKERSFIELD CA 933
MOJAVE CA
17 MAR 2008 PM 1 L

LET US DARE TO
THINK, SPEAK A
John Adams, 1765

USA THIS CLASS FOREVER