Edward M. Granado P-47229
Pleasant Valley State Prison
P.O. Box 8501     A4-129??
Coalinga, CA. 93210
   In Pro Se

FILED

APR 2 1 2008

????? W. ?????
?????? ??? ?? ????
NOR?? ??? ?? ?? CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| Edward M. Granado | Case No: C07-4596 JF (PR) |
| Petitioner | |
| V. | Declaration for Extension of time to file Opposition to Motion to Dismiss for untimeliness |
| Michael Evans, Warden, Etal. | |
| Respondent | |

   I, Edward M. Granado, depose and state:
   I am the petitioner in the above en-
titled matter, a state prisoner, proceeding in
pro se as a poor person without assistance of
counsel; I am a layman unskilled at law
   My response, opposition to Motion to
Dismiss for untimeliness as ordered by this
court on March 19th, 2008, is due on April 19th,
2008. I am unable to meet this deadline because,

   A. No access to legal material due to
lockdown of yard, due to no fault on the part

OF THE PETITIONER.

B. NOT ABLE TO MAKE COPIES DUE TO LOCKDOWN OF YARD, DUE TO NO FAULT OF THE PETITIONER

THEREFORE I REQUEST THAT I BE GRANTED AN EXTENSION OF TIME TO AND INCLUDING MAY 19TH 2008, AN EXTENSION OF 30 DAYS TO MEET MY FILING DEADLINE

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE U.S. THAT THE FOREGOING IS TRUE AND CORRECT TO MY OWN PERSONAL KNOWLEDGE.

EXECUTED THIS 17TH DAY OF APRIL 2008

DECLARANT SIGNATURE: Edward M. Hernandez
                      P-47229

Court Copy

PROOF OF SERVICE BY A STATE PRISONER

I, _EDWARD M. GRANADO_ , declare:

That I am over 18 years of age, and a (party) not a party to the attached herein cause of action, that I reside at Pleasant Valley State Prison, in the county of Fresno California. My mailing address is: _EDWARD M. GRANADO P-47229,_
_P.V.S.P. , P.O. Box 8501 , COALINGA, CA. 93210_

On _APRIL 17TH,_ 2008, I handed to prison officials for mailing, at the above address, on the exact date, the attached: _DECLARATION FOR EXTENSION_
_OF TIME TO FILE : NOTICE AND MOTION FOR LEAVE_
_OF COURT TO FILE OPPOSITION TO MOTION TO DISMISS_
_FOR UNTIMELINESS_

In a sealed envelope[s] with postage paid fully paid, addressed to the locations:

(A) _UNITED STATES DISTRICT COURT NORTHERN DISTRICT_
_OF CALIFORNIA , 450 GOLDEN GATE AVE._

(B) _SAN FRANCISCO, CA 94102-3483_

(C) _____

(D) _ATTORNEY GENERAL OF THE STATE OF California Deputy_
_Attorney General Jeffrey M. Laurence, Et al. 455 Golden Gate_
_Avenue Suite 11000, San Francisco, California 94102-7004_

I declare under penalty of perjury that the foregoing is true and correct. Executed this ( _17TH_ ) day of ( _APRIL_ ), 2008 at Coalinga, California.


_EDWARD M. GRANADO_

DECLARANT PRINTED
NAME

_Edward M. Granado_

DECLARANT SIGNATURE



Edward M. Granado P-472229
P.V.S.P. A4-129u
P.C. Box 8501
Coalinga, CA. 93216

— LEGAL —
— MAIL —

CASE No:
C07-4596 JF(PR)

BAKERSFIELD CA 933
MOJAVE CA
18 APR 2008 PM 4 L

U.S. District Court
Nor. District of Cal
450 Golden Gate Ave
San Francisco, CA. 94102 - 3483