NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD M. GRANADO, | ) | No. C 07-4596 JF (PR) |
| Petitioner, | ) ) ) | ORDER GRANTING EXTENSION OF TIME |
| vs. | ) ) ) | |
| EVANS, Warden, | ) ) | (Docket No. 6) |
| Respondents. | ) ) ) | |

Good cause appearing, Petitioner's request for an extension of time, to and including May 20, 2008, in which to file an opposition to the motion to dismiss is GRANTED. Respondent **shall** file a reply within 15 days of the date the opposition is filed.

This order terminates Docket No. 6.

IT IS SO ORDERED.

DATED: 4/25/08

JEREMY FOGEL
United States District Judge

Order Granting Extension of Time
G:\PRO-SE\SJ.Jf\HC.07\Granado596eot.wpd          1