Edward M. Granado P-47229
Pleasant Valley State Prison
P.O. Box 8501    A4-129u
Coalinga, Ca.  93210
  In Pro Se



FILED
08 MAY -9  PM 12: 52
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court for
The Northern District of California

| | |
|---|---|
| Edward M. Granado<br>Petitioner<br>V.<br>Michael Evans, Warden, Etal.<br>Respondent | Case No: CO7-4596 JF (PR)<br><br>Notice and Motion<br>For Leave of Court to File<br>Opposition to Motion to<br>Dismiss for Untimeliness |

TO: The above entitled court, and to the
Attorney General of the State of California, and his
or her respondents. Please take notice and motion
for leave of court to file opposition to motion to
dismiss for untimeliness.

Petitioner objects to the motion to dismiss
filed by the respondent for the following reasons:
        Statements of Facts:

On "2-27-07" Petitioner submitted an account
withdraw slip to cover filing fee, Petitioner was
housed in C.C.I.'s ad-seg at the time, so the trust
account withdraw slip was given to the legal law

(1)

OFFICER, % K. CANNON. DUE TO A MISUNDERSTANDING OF "AD-SEG" PROCEDURE BY THE ACCOUNTING OFFICE AT C.C.I., PETITIONER'S FILING FEE WAS NOT PAID ON TIME BECAUSE ACCOUNTING, INCORRECTLY, THOUGHT HE NEEDED A COUNSELOR'S SIGNATURE ON THE WITHDRAW SLIP BEFORE IT COULD BE PROCESSED. "NO INMATE NEEDS TO HAVE A COUNSELOR SIGN OFF ON A WITHDRAW SLIP IF HE IS IN AD-SEG" AND THE SLIP IS FOR A LEGAL MATTER", SUCH AS A FILING FEE.

C.IO. K. CANNON TYPED A LETTER EXPLAINING THIS, SEE EXHIBIT "A", AND RESUBMITTED PETITIONER'S FILING FEE, ALONG WITH LETTER OF EXPLANATION TO THE DISTRICT COURTS, IT WAS FILED ON "5-2-07", SEE EXHIBIT "B".

ON "9-21-07" PETITIONER RECEIVED A NOTICE FROM THE DISTRICT COURTS, UNDER A NEW CASE No., (PRESENT CASE NUMBER) "C07-4596 JF (PR)" WITH INSTRUCTIONS TO RE-PAY THE $5.00 FILING FEE. THIS WAS DONE ON "9-27-07", SEE EXHIBIT "C".

PETITIONER'S "OLD CASE NUMBER" THAT WAS DISMISSED, THROUGH NO FAULT OF PETITIONER, ON OR ABOUT "4-16-07" WAS; "C06-3968 JF (PR)" SEE EXHIBIT "B". FILING FEE WAS PAID.

ARGUMENT
THE PETITION WAS TIMELY

(2)

Petitioner's case is governed by the "A.E.D.P.A." of 1996, which applies to all cases filed after April 24, 1996.

Petitioner's state Habeas was denied on "8-10-05". All time was tolled between first court of the state branch, superior, and the last branch of state court, Supreme. On "6-14-06" petitioner submitted his writ to the Fed. Courts. The courts directed petitioner to re-submit "In Forma Pauperis" on "6-27-06", to which petitioner complied on "7-10-06".

On "2-14-07" petitioner's request for In Forma Pauperis was denied. On "2-27-07" petitioner put forth the correct paperwork to have his filing fee paid.

This was not done until "5-3-07", and it was sent along with a letter, typed by the legal law officer for C.C.I. explaining the delay was not due to a fault of the inmate.

Petitioner has complied, to the best of his limited abilities, with all requests from the courts. In Ad-Seg mobility is limited.

In Bennett, 322 F.3d the court ruled that the motion to dismiss be dismissed. As in Bennett, petitioner has submitted proof that he has complied with all of the courts' requests, in a timely manner. And he has

(3)

SUBMITTED THIS PROOF HEREIN THIS MOTION. IF THERE IS ANY DELAY THAT IS SUSPECTED, THIS IS EXPLAINED WITH THE EXHIBITS HEREIN, AS REQUIRED IN RE CLARK, 5 CAL. 4TH 750.

## CONCLUSION

PETITIONER RESPECTFULLY REQUESTS THAT THE RESPONDENTS' MOTION TO DISMISS, FILED ON "3-29-08", BE DENIED. AS A MATTER OF LAW THE MOTION TO DISMISS IS INSUFFICIENT TO ADDRESS THE MERITS OF PETITIONER'S CLAIMS. ALSO RESPONDENT FAILS TO MENTION AND DISCUSS "EQUITTABLE TOLL-ING PROVISIONS" AND EXCEPTIONS TO POSSIBLE UNTIMELY PETITIONS NOT DUE TO THE FAULT OF THE PETITIONER.

## DECLARANT

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT UNDER THE LAWS OF CALIFORNIA AND THE UNITED STATES OF AMERICA.

DATED:  5-6-08

RESPECTFULLY SUBMITTED:

Edward M. Furnace
(SIGNATURE)  PETITIONER
IN PRO SE

(4)

# EXHIBIT
# COVER PAGE

A

**EXHIBIT**

**DESCRIPTION OF THIS EXHIBIT:**

LETTER TYPED BY C/O CANNON
PROOF THAT LETTER WAS MAILED
COPY OF "ORDER TO PAY FILING FEE"

**NUMBER OF PAGES TO THIS EXHIBIT:** _____5_____ **PAGES**

**JURISDICTION: (CHECK ONLY ONE)**

☐ **MUNICIPAL COURT**

☐ **SUPERIOR COURT**

☐ **APPELLATE COURT**

☐ **STATE SUPREME COURT**

☑ **UNITED STATES DISTRICT COURT**

☐ **STATE CIRCUIT COURT**

☐ **UNITED STATES SUPREME COURT**

☐ **GRAND JURY**

(5)

To: Office of the Clerk, U S District Court

From: C. O. K.
Cannon 4A AD-SEG
Legal Officer

Subj: Inmate Granado P-47229  C-063968JF(PR)

On Febuary 27 2007 Inmate Granado placed a trust account withdrawl for $5.00 address to the court for the filling fee coust of his case listed above. The trust office at this institution did not know what the trust was for and  sent trust and paper work back to Inmate Granado for a counselor approval. Inmate Granado did not need a counselor approval. Iam the legal officer for the yard and handle all legal request for the inmates on this yard. That is why Inmate Granado missed the court deadline for filling. If you have any question you can contact me at this institution 661-822-4402

Thank you

C.O. K. Cannon

(6)



EDWARD M. GRANADO P-47229
CALIFORNIA Correctional Institution
P.O. Box 1902  4A-6C-110
Tehachapi, Ca. 93581

— LEGAL —
— MAIL —

CASE No:
C-06-3968 JF (PR).

OFFICE OF THE CLERK, U.S. District Court
Northern District of California
280 South First St. #2112
San Jose, Ca. 95113-3095

(7)

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _2-27-_ 20 _07_

To: Warden

Approved _____

I hereby request that my Trust Account be charged $ _5.00_____ for the purpose stated below and authorize
the withdrawal of that sum from my account:

_P-47229_____
NUMBER

_Edward M. Granado_____
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person
to whom check is to be mailed.

PURPOSE _To Pay For Filing___

NAME _OFFICE OF THE CLERK_

_Fee. Case Number:_
_"C 06-3968JF (PR)_
_$5.00  CHECK_

ADDRESS _OFFICE OF THE CLERK_
_U.S. DISTRICT COURT NORTHERN_
_DISTRICT OF CALIFORNIA_
_280 SOUTH FIRST ST. Room # 2112_
_SAN JOSE. CA. 95113 - 3095_

_EDWARD M. GRANADO_
PRINT YOUR FULL NAME HERE

(8)

**Original filed 2/14/07**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD M. GRANADO, | ) | No. C 06-3968 JF (PR) |
| Petitioner, | ) | ORDER DENYING MOTIONS TO PROCEED IN FORMA PAUPERIS AND TO PAY FILING FEE WITHIN THIRTY DAYS |
| vs. | ) | |
| EVANS, Warden, | ) | |
| Respondent. | ) | (Docket Nos. 2, 4) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and two motions to proceed in forma pauperis. Petitioner's trust account statement reveals that for the six months preceding the filing of this action, Petitioner had average monthly deposits into his trust account of $31.45 and an average monthly balance of $19.85. This is sufficient to pay the $5.00 habeas filing fee. Accordingly, Petitioner's motions to proceed in forma pauperis (docket nos. 2, 4) are DENIED. Within **thirty days** of the date this order is filed, Petitioner shall pay the $5.00 filing fee. Petitioner shall include with his payment a clear indication that it is for this case number, C 06-3968 JF (PR).

\\\

Order Denying Motions to Proceed in Forma Pauperis and to Pay Filing Fee Within Thirty Days
P:\pro-se\sj.jf\hc.06\Granado968ifpden                1

(9)

1  Failure to pay the filing fee within **thirty days** of the date this order is filed shall result in

2  the dismissal of this action without prejudice.

3      IT IS SO ORDERED.

4  Dated: ___2/14/07_____

   JEREMY FOGEL
   United States District Judge

5

6

7

8

9

10  I JUST NOW GOT THIS ON

11

12  "2-26-07"

13

14      Edward M. Thurnado

15      P-47229

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Motions to Proceed in Forma Pauperis and to Pay Filing Fee Within Thirty Days
P:\pro-se\sj.jf\hc.06\Granado968ifpden                    2

(10)

# EXHIBIT
# COVER PAGE

B

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Docket Sheet Showing That The Filing Fee Was Paid And Accepted

## NUMBER OF PAGES TO THIS EXHIBIT: ___2___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY

(11)

CLOSED, HABEAS, ProSe

# U.S. District Court
# California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:06-cv-03968-JF
## Internal Use Only

Granado v. Evans
Assigned to: Hon. Jeremy Fogel
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/27/2006
Date Terminated: 04/16/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Edward M. Granado**

represented by **Edward M. Granado**
P-47229
Pleasant Valley State Prison
P. O. Box 8501
Coalinga, CA 93210
PRO SE

V.

**Defendant**

**Evans**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2007 | ⊜ | (Court only) COMMENT: clerk mailed copy of docket sheet to Pleasant Valley State Prison, P.O. Box 8501, Coalinga Ca., 93210. (cv, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/11/2007) |
| 07/02/2007 | ⊜10 | Letter from Edward M. Granado re: status of case. (cv, COURT STAFF) (Filed on 7/2/2007) (Entered: 07/11/2007) |
| 05/03/2007 | ⊜ | Filing fee: $ 5.00, receipt number 5461100923. (gm, COURT STAFF) (Filed on 5/3/2007) (Entered: 05/04/2007) |
| 05/02/2007 | ⊜9 | Letter from Edward M. Granado. (gm, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 04/16/2007 | ⊜8 | JUDGMENT of dismissal without prejudice is entered. Signed by Judge Jeremy Fogel on 4/16/2007. (gm, COURT STAFF) (Filed on 4/16/2007) (Entered: 04/17/2007) |
| 04/16/2007 | ⊜7 | ORDER DISMISSING CASE. Signed by Judge Jeremy Fogel on 4/16/07. (jfsec, COURT STAFF) (Filed on 4/16/2007) (Entered: 04/16/2007) |



(12)

| 02/14/2007 | ⊜6 | ORDER DENYING MOTIONS TO PROCEED IN FORMA PAUPERIS AND TO PAY FILING FEE WITHIN THIRTY DAYS by Judge Jeremy Fogel denying [2] Motion for Leave to Proceed in forma pauperis, denying [4] Motion for Leave to Proceed in forma pauperis (jfsec, COURT STAFF) (Filed on 2/14/2007) (Entered: 02/14/2007) |
| --- | --- | --- |
| 10/03/2006 | ⊜5 | NOTICE of Change of Address by Edward M. Granado (gm, COURT STAFF) (Filed on 10/3/2006) (Entered: 10/05/2006) |
| 07/10/2006 | ⊜4 | MOTION for Leave to Proceed in forma pauperis filed by Edward M. Granado. (gm, COURT STAFF) (Filed on 7/10/2006) (Entered: 07/14/2006) |
| 06/27/2006 | ⊜3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (as, COURT STAFF) (Filed on 6/27/2006) (Entered: 06/27/2006) |
| 06/27/2006 | ⊜2 | MOTION for Leave to Proceed in forma pauperis filed by Edward M. Granado. (as, COURT STAFF) (Filed on 6/27/2006) (Entered: 06/27/2006) |
| 06/27/2006 | ⊜1 | PETITION for Writ of Habeas Corpus. Filed byEdward M. Granado. (as, COURT STAFF) (Filed on 6/27/2006) (Entered: 06/27/2006) |

# EXHIBIT
# COVER PAGE

*C*

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

*PROOF THAT FILING FEE WAS RE-PAID FOR MOTION; AND LISTS NEW CASE NUMBER (CURRENT CASE No.).*

## NUMBER OF PAGES TO THIS EXHIBIT: _____*1*_____ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ **MUNICIPAL COURT**

☐ **SUPERIOR COURT**

☐ **APPELLATE COURT**

☐ **STATE SUPREME COURT**

☒ **UNITED STATES DISTRICT COURT**

☐ **STATE CIRCUIT COURT**

☐ **UNITED STATES SUPREME COURT**

☐ **GRAND JURY**

4556 (10/99)

Washington Mutual Bank

PAY EXACTLY
NOT GOOD FOR MORE THAN $1,000.00

TO THE
ORDER OF U.S District Court for the Northern District of Cal.

Edward M. Granado P-47229
P.V.S.P A4-129 P.O Box 8501 Coalinga, CA 93216

Case # C 074596
JF (PR)

PURCHASER'S ADDRESS

Issued By Integrated Payment Systems Inc., Englewood, Colorado To citibank, N.A., Buffalo, NY

PERSONAL
MONEY ORDER

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS

61160352 4

10-84/220

Sep 27, 2007 FIVE DOLLARS AND 00 CENTS ********************

WASHINGTON MUTUAL *5.00*

Edward Granado
PURCHASER'S SIGNATURE

1501 109

49115614382I 4915157 REV.4 0804 841013384

"054086" ":0 2 2000868:" 2500 8 11603524"

U.S. POSTAL SERVICE
CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE-POSTMASTER

Received From:
Edward M. Granado P-47229
P.V.S.P A4-129
P.O Box 8501 Coalinga, CA 93210

One piece of ordinary mail addressed to:
U.S District Court
450 Golden Gate Ave
P.O Box 36066
San Francisco, CA 94102-9480

PS Form 3817, January 2001

U.S. POSTAGE
PAID
TRACY, CA
95376
SEP 27
'07
AMOUNT
$1.05
00522711-10

TRACY CA 95376
SEP 27 2007
USPS

(15)

Edward M. Granado P-47229
Pleasant Valley State Prison
P.O. Box 8501     A4-129U
Coalinga, Ca.  93210
   In Pro Se


          United States District Court For
       The  Northern District of California


Edward M. Granado
            Petitioner
          V.
Michael Evans, Warden, Etal.
          Respondent

Case No: CQ7-4596 JF (PR)


Notice and Motion
For Leave of Court to File
Opposition to Motion to
Dismiss for Untimeliness


          TO: The above entitled Court, and to the
Attorney General of the State of California, and his
or her Respondents. Please take notice and motion
for leave of Court to file Opposition to Motion to
Dismiss for Untimeliness.
          Petitioner objects to the motion to dismiss
filed by the Respondent for the following reasons:
          Statements of Facts:
          On "2-27-07" petitioner submitted an account
withdraw slip to cover filing fee, petitioner was
housed in C.C.I.'s Ad-Seg at the time, so the trust
account withdraw slip was given to the Legal Law

(1)

OFFICER, c/o K. CANNON. DUE TO A MISUNDERSTANDING OF "AD-SEG" PROCEDURE BY THE ACCOUNTING OFFICE AT C.C.I., PETITIONER'S FILING FEE WAS NOT PAID ON TIME BECAUSE ACCOUNTING, INCORRECTLY, THOUGHT HE NEEDED A COUNSELOR'S SIGNATURE ON THE WITHDAW SLIP BEFORE IT COULD BE PROCESSED. "NO INMATE NEEDS TO HAVE A COUNSELOR SIGN OFF ON A WITHDRAW SLIP IF HE IS IN AD-SEG" AND THE SLIP IS FOR A LEGAL MATTER", SUCH AS A FILING FEE.

C/O. K. CANNON TYPED A LETTER EXPLAINING THIS, SEE EXHIBIT "A", AND RESUBMITTED PETITIONER'S FILING FEE, ALONG WITH LETTER OF EXPLANATION TO THE DISTRICT COURTS, IT WAS FILED ON "5-2-07", SEE EXHIBIT "B".

ON "9-21-07" PETITIONER RECEIVED A NOTICE FROM THE DISTRICT COURTS, UNDER A NEW CASE No., (PRESENT CASE NUMBER) "C07-4596 JF (PR)" WITH INSTRUCTIONS TO RE-PAY THE $5.00 FILING FEE. THIS WAS DONE ON "9-27-07", SEE EXHIBIT "C".

PETITIONER'S "OLD CASE NUMBER" THAT WAS DISMISSED, THROUGH NO FAULT OF PETITIONER, ON OR ABOUT "4-16-07" WAS; "C06-3968 JF (PR)" SEE EXHIBIT "B". FILING FEE WAS PAID.

ARGUMENT
THE PETITION WAS TIMELY

(2)

PETITIONER'S CASE IS GOVERNED BY THE "A.E.D.P.A." OF 1996, WHICH APPLIES TO ALL CASES FILED AFTER APRIL 24, 1996.

PETITIONER'S STATE HABEAS WAS DENIED ON "8-10-05". ALL TIME WAS TOLLED BETWEEN FIRST COURT OF THE STATE BRANCH, SUPERIOR, AND THE LAST BRANCH OF STATE COURT, SUPREME. ON "6-14-06" PETITIONER SUBMITTED HIS WRIT TO THE FED. COURTS. THE COURTS DIRECTED PETITIONER TO RE-SUBMIT "IN FORMA PAUPERIS" ON "6-27-06", TO WHICH PETITIONER COMPLIED ON "7-10-06".

ON "2-14-07" PETITIONER'S REQUEST FOR IN FORMA PAUPERIS WAS DENIED. ON "2-27-07" PETITIONER PUT FORTH THE CORRECT PAPERWORK TO HAVE HIS FILING FEE PAID.

THIS WAS NOT DONE UNTIL "5-3-07", AND IT WAS SENT ALONG WITH A LETTER, TYPED BY THE LEGAL LAW OFFICER FOR C.C.I. EXPLAINING THE DELAY WAS NOT DUE TO A FAULT OF THE INMATE.

PETITIONER HAS COMPLIED, TO THE BEST OF HIS LIMITED ABILITIES, WITH ALL REQUESTS FROM THE COURTS. IN AD-SEG MOBILITY IS LIMITED.

IN BENNETT, 322 F.3d THE COURT RULED THAT THE MOTION TO DISMISS BE DISMISSED. AS IN BENNETT, PETITIONER HAS SUBMITTED PROOF THAT HE HAS COMPLIED WITH ALL OF THE COURTS' REQUESTS, IN A TIMELY MANNER. AND HE HAS

SUBMITTED THIS PROOF HEREIN THIS MOTION. IF THERE IS ANY DELAY THAT IS SUSPECTED, THIS IS EXPLAINED WITH THE EXHIBITS HEREIN, AS REQUIRED IN RE CLARK, 5 CAL. 4TH 750.

## CONCLUSION

PETITIONER RESPECTFULLY REQUESTS THAT THE RESPONDENTS' MOTION TO DISMISS, FILED ON "3-29-08", BE DENIED. AS A MATTER OF LAW THE MOTION TO DISMISS IS INSUFFICIENT TO ADDRESS THE MERITS OF PETITIONER'S CLAIMS. ALSO RESPONDENT FAILS TO MENTION AND DISCUSS "EQUITTABLE TOLL- ING PROVISIONS" AND EXCEPTIONS TO POSSIBLE UNTIMELY PETITIONS NOT DUE TO THE FAULT OF THE PETITIONER.

## DECLARANT

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT UNDER THE LAWS OF CALIFORNIA AND THE UNITED STATES OF AMERICA.

DATED:  5-6-08

RESPECTFULLY SUBMITTED:

Edward M. Tornado
(SIGNATURE) PETITIONER
IN PRO SE

(4)

# EXHIBIT
# COVER PAGE



**EXHIBIT**

**DESCRIPTION OF THIS EXHIBIT:**

*LETTER TYPED BY ¾ CANNON*
*PROOF THAT LETTER WAS MAILED*
*COPY OF "ORDER TO PAY FILING FEE"*

**NUMBER OF PAGES TO THIS EXHIBIT:** _____5_____ **PAGES**

**JURISDICTION: (CHECK ONLY ONE)**

- [ ] **MUNICIPAL COURT**
- [ ] **SUPERIOR COURT**
- [ ] **APPELLATE COURT**
- [ ] **STATE SUPREME COURT**
- [X] **UNITED STATES DISTRICT COURT**
- [ ] **STATE CIRCUIT COURT**
- [ ] **UNITED STATES SUPREME COURT**
- [ ] **GRAND JURY**

To: Office of the Clerk, U S District Court

From: C.O. K.
Cannon 4A AD-SEG
Legal Officer

Subj: Inmate Granado P-47229  C-063968JF(PR)

On Febuary 27,2007 Inmate Granado placed a trust account withdrawl for $5.00 address to the court for the filling fee coust of his case listed above. The trust office at this institution did not know what the trust was for and sent trust and paper work back to Inmate Granado for a counselor approval. Inmate Granado did not need a counselor approval. I am the legal officer for the yard and handle all legal request for the inmates on this yard. That is why Inmate Granado missed the court deadline for filling. If you have any question you can contact me at this institution 661-822-4402.

Thank you

C.O. K. Cannon



(6)

EDWARD M. GRANADO P-47229
CALIFORNIA CORRECTIONAL INSTITUTION
P.O. Box 1902  4A-6c-110
TEHACHAPI, CA. 93581

— LEGAL —
— MAIL —

CASE No:
C-06-3968 JF (PR).

(7)

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST ST. # 2112
SAN JOSE, CA. 95113-3095

STATE OF CALIFORNIA

CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date ___2-27___ 20 _0 7_

To: Warden

Approved _____

I hereby request that my Trust Account be charged $ _5.00_ for the purpose stated below and authorize the withdrawal of that sum from my account:

_P-47229_
NUMBER

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE _To PAY FOR FILING_

_FEE, CASE NUMBER:_

_"C 06-3968 JF (PR)_

_$5.00 CHECK_

_Edward M. Romero_
NAME (Signature please, DO NOT PRINT)

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME _OFFICE OF THE CLERK_

ADDRESS _OFFICE OF THE CLERK,_
_U.S. DISTRICT COURT NORTHERN_
_DISTRICT OF CALIFORNIA_
_280 SOUTH FIRST ST. ROOM # 2112_
_SAN JOSE, CA 95113-3095_

_EDWARD M. CORONADO_
PRINT YOUR FULL NAME HERE

(8)

\*\*Original filed 2/14/07\*\*

1
2
3
4
5
6
7                          . NOT FOR CITATION
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA.
10
11  EDWARD M. GRANADO,              )    No. C 06-3968 JF (PR)
12              Petitioner,         )    ORDER DENYING MOTIONS TO
                                    )    PROCEED IN FORMA
13                                  )    PAUPERIS AND TO PAY FILING
                                    )    FEE WITHIN THIRTY DAYS
14    vs.                           )
15                                  )
    EVANS, Warden,                  )
16                                  )
              Respondent.           )
17                                  )    (Docket Nos. 2, 4)
18
19          Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for a writ of habeas
20  corpus pursuant to 28 U.S.C. § 2254 and two motions to proceed in forma pauperis.
21  Petitioner's trust account statement reveals that for the six months preceding the filing of
22  this action, Petitioner had average monthly deposits into his trust account of $31.45 and
23  an average monthly balance of $19.85. This is sufficient to pay the $5.00 habeas filing
24  fee. Accordingly, Petitioner's motions to proceed in forma pauperis (docket nos. 2, 4) are
25  DENIED. Within **thirty days** of the date this order is filed, Petitioner shall pay the $5.00
26  filing fee. Petitioner shall include with his payment a clear indication that it is for this
27  case number, C 06-3968 JF (PR).
28  \\\

C 97

1   Failure to pay the filing fee within **thirty days** of the date this order is filed shall result in

2   the dismissal of this action without prejudice.

3        IT IS SO ORDERED.

4   Dated:    2/14/07

     JEREMY FOGEL
5    United States District Judge

6

7

8

9

10

11   *I JUST NOW GOT THIS ON*

12   *"2-26-07"*

13

14

15   *Edward M. Thomach*

16   *P-47229*

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Motions to Proceed in Forma Pauperis and to Pay Filing Fee Within Thirty Days
P:\pro-se\sj.jf\hc.06\Granado968ifpden                    2

(10)

# EXHIBIT
# COVER PAGE

B

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Docket sheet showing that the filing fee was paid <u>and</u> accepted

## NUMBER OF PAGES TO THIS EXHIBIT: ___2___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY

(11)

CLOSED, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:06-cv-03968-JF
#### Internal Use Only

Granado v. Evans
Assigned to: Hon. Jeremy Fogel
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/27/2006
Date Terminated: 04/16/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Edward M. Granado**

represented by **Edward M. Granado**
P-47229
Pleasant Valley State Prison
P. O. Box 8501
Coalinga, CA 93210
PRO SE

V.

**Defendant**

**Evans**

| Date Filed | # | Docket Text |
|------------|-----|-------------|
| 07/11/2007 | | (Court only) COMMENT: clerk mailed copy of docket sheet to Pleasant Valley State Prison, P.O. Box 8501, Coalinga Ca., 93210. (cv, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/11/2007) |
| 07/02/2007 | 10 | Letter from Edward M. Granado re: status of case. (cv, COURT STAFF) (Filed on 7/2/2007) (Entered: 07/11/2007) |
| 05/03/2007 | | Filing fee: $ 5.00, receipt number 5461100923. (gm, COURT STAFF) (Filed on 5/3/2007) (Entered: 05/04/2007) |
| 05/02/2007 | 9 | Letter from Edward M. Granado. (gm, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 04/16/2007 | 8 | JUDGMENT of dismissal without prejudice is entered. Signed by Judge Jeremy Fogel on 4/16/2007. (gm, COURT STAFF) (Filed on 4/16/2007) (Entered: 04/17/2007) |
| 04/16/2007 | 7 | ORDER DISMISSING CASE. Signed by Judge Jeremy Fogel on 4/16/07. (jfsec, COURT STAFF) (Filed on 4/16/2007) (Entered: 04/16/2007) |

| 02/14/2007 | ◎6 | ORDER DENYING MOTIONS TO PROCEED IN FORMA PAUPERIS AND TO PAY FILING FEE WITHIN THIRTY DAYS by Judge Jeremy Fogel denying [2] Motion for Leave to Proceed in forma pauperis, denying [4] Motion for Leave to Proceed in forma pauperis (jfsec, COURT STAFF) (Filed on 2/14/2007) (Entered: 02/14/2007) |
| --- | --- | --- |
| 10/03/2006 | ◎5 | NOTICE of Change of Address by Edward M. Granado (gm, COURT STAFF) (Filed on 10/3/2006) (Entered: 10/05/2006) |
| 07/10/2006 | ◎4 | MOTION for Leave to Proceed in forma pauperis filed by Edward M. Granado. (gm, COURT STAFF) (Filed on 7/10/2006) (Entered: 07/14/2006) |
| 06/27/2006 | ◎3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (as, COURT STAFF) (Filed on 6/27/2006) (Entered: 06/27/2006) |
| 06/27/2006 | ◎2 | MOTION for Leave to Proceed in forma pauperis filed by Edward M. Granado. (as, COURT STAFF) (Filed on 6/27/2006) (Entered: 06/27/2006) |
| 06/27/2006 | ◎1 | PETITION for Writ of Habeas Corpus. Filed by Edward M. Granado. (as, COURT STAFF) (Filed on 6/27/2006) (Entered: 06/27/2006) |

C137

# EXHIBIT
# COVER PAGE

$C$

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

*PROOF THAT FILING FEE WAS RE-PAID FOR MOTION; AND LISTS NEW CASE NUMBER (CURRENT CASE No.).*

## NUMBER OF PAGES TO THIS EXHIBIT: _____ 1 _____ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY

(147)

EXHIBIT "G"



4556 (10/99)

**Washington Mutual Bank**

PAY EXACTLY
NOT GOOD FOR MORE THAN $1,000.00

**PERSONAL MONEY ORDER**

10-66/220   **611603524**

TO THE ORDER OF
U.S. District Court for the Northern District of CAL.

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS

*******Sep 27, 2007 FIVE DOLLARS AND 00 CENTS*********

Edward M. Granado P-47229
P.V.S.P  A4-129  P.O. Box 8501
Coalinga, CA
93276

PURCHASER'S ADDRESS

Case # C 07 4596
JF (PR)

Edward Granado
PURCHASER'S SIGNATURE

1501 109

Issued By Integrated Payment Systems Inc., Englewood, Colorado To Citibank, N.A., Buffalo, NY.

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

4991561143821 4991157 REV14 09001 64110013934

WASHINGTON MUTUAL
THE CSCS

⑆051085⑆ ⑆0 2L000880⑆ 2500B41b035 24⑈

---

PS Form 3817, January 2001

**U.S. POSTAL SERVICE**
**CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

Received From:

Edward M. Granado P-47229
P.V.S.P A4-129
P.O. Box 8501 Coalinga, CA 93276

One piece of ordinary mail addressed to:

U.S. District Court
450 Golden Gate Ave.
P.O. Box 36066
San Francisco, CA 94102-9480

U.S. POSTAGE
PAID
TRACI, CA
95376
SEP 27 '07
AMOUNT
$1.05
00527-11-10

SEP 27 2007
USPS

(15)

## PROOF OF SERVICE BY A STATE PRISONER

I, _EDWARD M. GRANADO_ ,declare:

That I am over 18 years of age, and a party/~~not a party~~ to the attached herein cause of action, that I reside at Pleasant Valley State Prison,in the county of Fresno California. My mailing address is: _P. O. Box 8501 , COALINGA. CA 93210_

On _5 - 6 —_ , 2008, I handed to prison officials for mailing, at the above address, on the exact date, the attached: _NOTICE AND MOTION FOR LEAVE OF COURT TO FILE OPPOSITION TO MOTION TO DISMISS FOR UNTIMELINESS_

In a sealed envelope[s] with postage paid fully paid,addressed to the locations:

(A) _UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CAL. 450 GOLDEN GATE AVE._

(B) _SAN FRANCISCO, CA. 94102-3483_

(C) _ATTORNEY GENERAL OF THE STATE OF CALIFORNIA 455. GOLDEN GATE AVE , SUITE #11000_

(D) _SAN FRANCISCO, CA. 94102-3664_

I declare under penalty of perjury that the foregoing is true and correct. Executed this ( _6TH_ ) day of ( _MAY_ ), 2008 at Coalinga, California.


_EDWARD M. GRANADO_

DECLARANT PRINTED
NAME

_Edward M. Granado_

DECLARANT SIGNATURE

_P- 47229_

P.V.S.P.
P.O. Box E
COALINGA, CA. 93210

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

Case No:
C07-4596 JF(PR)

Law Library
Facility A

U.S. District Court
District of California

450 Golden Gate A

San Francisco, CA. 941

-34